UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60344-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW NOLAND,

    Defendant.
_____/

### ORDER

This matter comes before the Court upon Defendant Matthew Noland's Motion to Terminate Home Confinement Program with Electronic Monitoring [D.E. 20]. The Court has carefully considered Defendant's Motion, the Government's position, and the record herein. Additionally, the Court has consulted with Pretrial Services. Neither the Government nor the assigned Pretrial Services officer have any objections to Defendant's Motion.

Having fully considered all positions with regard to Defendant's Motion, as well as the record herein, and being otherwise duly advised in the premises, the Court hereby **ORDERS AND ADJUDGES** that Defendant's Motion is **GRANTED**. The home confinement program with electronic monitoring shall be deleted as a condition of Defendant's bond. All other bond conditions

shall remain in force.

**DONE AND ORDERED** this 2nd day of March, 2009.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Daniel T.K. Hurley
      Hon. Ann Vitunac
      Counsel of Record